File Hashes for IP Address 96.255.22.39

**ISP:** Verizon FiOS
**Physical Location:** Alexandria, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/28/2014 10:08:07 | CEB78E05B6031368E53C5B9973A78A740F97D822 | Strawberry Morning |
| 12/27/2014 06:05:02 | FECFD14698D1660E7E266D2EED945639495AEAD8 | Never Better |
| 12/25/2014 11:03:20 | 24F71D7670C038B1160526A498B0332A98A21F6F | Fashion Models Are Bisexual |
| 12/25/2014 09:59:32 | 15590790F10C6912A66273FF9F29D1F66AA12CD7 | East Meets West |
| 11/21/2014 22:52:36 | 3B20BDCD57E98A0FBECB612F60D7057D9BDAC50C | Tight and Wet |
| 11/17/2014 03:42:47 | 679583B4DE771AF53F3FBAC0FD17DEAE78745DAB | Deep Down In Me |
| 11/12/2014 04:01:08 | 209AA26864182D392CDE5256AB22C1F425AFD6E6 | Awe Inspiring Orgy |
| 11/11/2014 22:18:20 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 06/30/2014 13:49:27 | C84CEE035F21CF4AD3452F4ED6893F25FEDAB2CC | Go Down On Me |
| 05/05/2014 22:18:31 | 83CA6D53AA3BF1F4E69C0CA7073D885B1A48531E | Au Paradis |
| 02/12/2014 04:00:31 | 6660A99B1A6F10B61422A12BB291E574E8B88DF0 | Pretty Little Belle |
| 02/08/2014 17:02:48 | 85E12154C5682384996C362A4F88F18E29252F5F | Submissive Seduction |
| 02/08/2014 16:57:07 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 02/03/2014 21:14:17 | 225411BA06B97B0EBC217138030D5E7863FFEBE4 | Risky Business |
| 12/05/2013 23:27:09 | F49FB3F6E9E8EC5107C4D5D3655EA0F85C72E9AD | Ready for Love |
| 11/09/2013 19:14:15 | 155DCCB5BE1EF1D4FA0715F9363086D52C1CCE57 | No Hurry |
| 11/04/2013 19:28:44 | D7D752A1D417EA7B1FE930C75ECE70060830CC3D | Blindfold Me Part #2 |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

EVA186