Copyrights-In-Suit for IP Address 96.255.22.39

ISP: Verizon FiOS
Location: Alexandria, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Strawberry Morning | PA0001926089 | 12/27/2014 | 12/29/2014 | 12/28/2014 |
| Never Better | PA0001926087 | 12/26/2014 | 12/29/2014 | 12/27/2014 |
| Fashion Models Are Bisexual | PA0001926085 | 12/16/2014 | 12/29/2014 | 12/25/2014 |
| East Meets West | PA0001926088 | 12/23/2014 | 12/29/2014 | 12/25/2014 |
| Tight and Wet | PA0001923176 | 11/19/2014 | 11/23/2014 | 11/21/2014 |
| Deep Down In Me | PA0001922955 | 11/13/2014 | 11/18/2014 | 11/17/2014 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 11/12/2014 |
| Exposed And Aroused | PA0001921293 | 11/01/2014 | 11/06/2014 | 11/11/2014 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 06/30/2014 |
| Au Paradis | PA0001895846 | 05/05/2014 | 05/16/2014 | 05/05/2014 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 02/12/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 02/08/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 02/08/2014 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/03/2014 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/05/2013 |
| No Hurry | PA0001868811 | 11/07/2013 | 11/10/2013 | 11/09/2013 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 11/04/2013 |

Total Malibu Media, LLC Copyrights Infringed: 17

EXHIBIT B

EVA186