## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.

Civil Action No. 1:15-cv-00173-LO-IDD

JOHN DOE, subscriber assigned IP address 96.255.22.39,

    Defendant,

_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 96.255.22.39. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 31, 2015

So Ordered:

/s/
James C. Cacheris
United States District Judge

4/1/15

Respectfully submitted,

By: /s/ William E. Tabot
William E. Tabot PC
9248 Mosby Street
Manassas, VA 20110-5038
Phone: 703-530-7075
Email: wetabotesq@wetlawfirm.com
*Attorney for Plaintiff*

1